UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ZVI, Inc. a California corporation dba D.Z. AKINS; ZVIKA AKIN as an individual and trustee of the ZVI AKIN TRUST; DEBRA ANN AKIN as an individual and trustee of the DEBRA ANN AKIN TRUST; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 3:24-cv-00876-DMS-SBC<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

The parties jointly move to dismiss the action with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Good cause appearing, the Court grants the parties' joint motion and dismisses this action in its entirety with prejudice. Each party shall bear his or its own attorneys' fees, experts' fees, and costs.

**IT IS SO ORDERED.**

Dated: September 4, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court